UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, ) | Case No. CV 06-7702-JVS(RC) |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| ) | MAGISTRATE JUDGE |
| C.M. HARRISON, ALLEN, ) | |
| ALVARADO, ARCHAMBO, ARREDONDO,) | |
| ARTERBURY, AYERS, BANKS, ) | |
| BAUMGARDNER, BELTRAN, ) | |
| CAMPBELL, CARSON, CASH, CATE, ) | |
| COLLINS, DAVIS, DELATORRE, ) | |
| DOE-1, DOE-2, DOWNS, DRAYTON, ) | |
| DUSOVICH, ENRIQUEZ, ESPARZA, ) | |
| ESTORGA, FAKHOURY, FRANKLIN, ) | |
| FURBERT, GARCIA, GRANNIS, ) | |
| HALL, HARTLEY, E. HAWKINS, ) | |
| R. HAWKINS, HENCHEN, ) | |
| HENDERSON, HENRY, HERRERA, ) | |
| HICKMAN, HUERTA, HUGHES, ) | |
| HUNTER, HURDLE, JENSEN, ) | |
| JOHNSON, JONES, JORDAN, ) | |
| KENNEDY, LYNN, MANUEL, ) | |
| MCELROY, MIJAREZ, MONTEIRO, ) | |
| MORA-1, MORA-2, NETTLES, ) | |
| PENNINGTON, PETTIS, PIKE, ) | |
| PLILER, RACHAL, RAMOS, ) | |
| RAYFORD, RIDGWAY, RIMMER, ) | |
| ROMO, ROUSTON, SHARONE, ) | |
| SOLORIO, SULLIVAN, SUMPTER, ) | |
| SYLVA, TATE, THOMAS, TILTON, ) | |
| URIBE, VILLANUEVA, WALTON, ) | |
| WILDING, WILLIAMS, & WOODFORD,) | |
| ) | |
| Defendants. ) | |
| _____) | |

1        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
2   Complaint and other papers along with the attached Report and
3   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
4   as well as plaintiff's objections, and has made a <u>de</u> <u>novo</u>
5   determination.
6
7        IT IS ORDERED that (1) the Report and Recommendation is
8   approved and adopted; and (2) Judgment shall be entered dismissing
9   the Second Amended Complaint and action with prejudice under Rule
10  41(b).  In considering whether plaintiff should be offered an
11  additional opportunity to replead, the Court gives particular weight
12  to the fact that he has been faulted in other courts for similar
13  pleading lapses.  (Report and Recommendation, p. 4 n. 2.)  In view
14  of this Court's and other courts' guidance concerning the
15  requirements under Rule 8(a) of the Federal Rules of Civil
16  Procedure, the Court can only conclude that plaintiff has proceeded
17  with knowledge of the pleading requirements and that affording
18  plaintiff a further opportunity to state his claims in a proper
19  manner would be a pointless exercise.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

```
 1        IT IS FURTHER ORDERED that the Clerk shall serve copies of this
 2   Order, the Magistrate Judge's Report and Recommendation and Judgment
 3   by the United States mail on plaintiff.
 4
 5   DATED: September 12, 2008                  /s/ James V. Selna
 6                                         _____
 7                                               JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE
 8   R&R\06-7702.ado
     9/4/08
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```