```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


ERIC CHARLES RODNEY KNAPP,         ) Case No. CV 06-7702-JVS(RC)
                                   )
             Plaintiff,            )
                                   ) JUDGMENT
vs.                                )
                                   )
C.M. HARRISON, ALLEN,              )
ALVARADO, ARCHAMBO, ARREDONDO,     )
ARTERBURY, AYERS, BANKS,           )
BAUMGARDNER, BELTRAN,              )
CAMPBELL, CARSON, CASH, CATE,      )
COLLINS, DAVIS, DELATORRE,         )
DOE-1, DOE-2, DOWNS, DRAYTON,      )
DUSOVICH, ENRIQUEZ, ESPARZA,       )
ESTORGA, FAKHOURY, FRANKLIN,       )
FURBERT, GARCIA, GRANNIS,          )
HALL, HARTLEY, E. HAWKINS,         )
R. HAWKINS, HENCHEN,               )
HENDERSON, HENRY, HERRERA,         )
HICKMAN, HUERTA, HUGHES,           )
HUNTER, HURDLE, JENSEN,            )
JOHNSON, JONES, JORDAN,            )
KENNEDY, LYNN, MANUEL,             )
MCELROY, MIJAREZ, MONTEIRO,        )
MORA-1, MORA-2, NETTLES,           )
PENNINGTON, PETTIS, PIKE,          )
PLILER, RACHAL, RAMOS,             )
RAYFORD, RIDGWAY, RIMMER,          )
ROMO, ROUSTON, SHARONE,            )
SOLORIO, SULLIVAN, SUMPTER,        )
SYLVA, TATE, THOMAS, TILTON,       )
URIBE, VILLANUEVA, WALTON,         )
WILDING, WILLIAMS, & WOODFORD,     )
                                   )
             Defendants.           )
_____)
```

1     Pursuant to the Order of the Court approving the recommendations
2 of United States Magistrate Judge Rosalyn M. Chapman, and adopting the
3 same as the facts and conclusions of law herein,

5     IT IS ADJUDGED that Judgment shall be entered dismissing the
6 Second Amended Complaint and action with prejudice.

7 DATED: September 12, 2008

                                JAMES V. SELNA
                          UNITED STATES DISTRICT JUDGE

11 R&R\06-7702.jud
    6/24/08